UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2022 NOV 23 PM 12: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NO;

BELKIS- BRITO

v.

Sid- Gehlot

Complaint and Demand For Jury Trial

THE plaintiff file this complaint against the defendant for the assault and battery and destruction of the plaintiff property , The bankruptcy court judge on the date of the November 8-2022 directed the plaintiff that to take action against the defendant

1- The plaintiff a natural person lives at the 4Thorndike , Apt2 , Lawrence – MA - 01841.

2- The Defendant is a natural person resides at the 100 Tower office park suite I, Woburn- MA-01801.

### Jurisdiction

3- The demand for the damages in this case exceed the 75000.0.

4- The defendant represent the agent of the servicer company and has the diverse place of the residency .

### COUNT I

5- The defendant employee assaulted and attack the plaintiff and as the result the plaintiff suffered substantial loss .

6- The defendant order his employee to destroy the plaintiff property and as the result the plaintiff suffered substantial harm , damages and emotional distress

## COUNT II

7- The defendant in discrimination and the hate crime committed against the plaintiff as the disable American and destroy the plaintiff property and order the defendant employee to destroy the plaintiff property , and caused substantial harm to the plaintiff property .

WHEREFORE , the plaintiff respectfully requests:

The Honorable court enter the judgement in all counts against the defendant

1- Honorable order judgement for plaintiff. On all counts.

2- The honorable court order the injunction against the defendant to stop all the contacts by the defendant and all the defendant employees and agents.
3- The plaintiff demand $250.000.0 damages for the illegal eviction.

4- The plaintiff respectfully demand trial by the jury.

Date : 11.22.22                Respectfully submitted by the plaintiff :

Belkis- Brito